IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) |
| v. | ) )  No.: 5:22-CR-00064-TES-CHW |
| SKEETER EUGENE WEEKS, | ) ) ) |
| Defendant. | ) ) |

**MOTION TO CONTINUE TRIAL**

COMES NOW the Defendant above-named, by and through undersigned counsel, and, Pursuant to USCS Fed. Rules Crim. Proc. 12(b)(1), moves this Court to enter an Order Continuing the Trial, in the above-captioned matter. In support thereof, Defendant shows as follows:

1. Undersigned counsel is currently in trial in the Superior Court of Fulton County in State of Georgia v. Squamarvious Nichols, Indictment No. 22SC183572 before Judge Glanville and anticipates the trial to last through the end of this month and beyond.

2. Furthermore, the Parties are still engaged in plea negotiations and need additional time to attempt to resolve this case. In addition, should negotiations break down, to allow additional time for pretrial motions currently due to be filed.

1

3. The Defendant requests that the Court grant his request and enter an Order to continue the Trial and to exclude the amount of time pursuant to the provisions of the Speedy Trial Act.

WHEREFORE, based upon the within and foregoing, and in the interests of furthering plea negotiations, the Defendant requests that this Motion to Continue Trial be granted and to exclude the time pursuant to the provisions of the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (7)(A).

This 3 day of February 2023.

Respectfully submitted,

/s/ Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
ATTORNEY FOR DEFENDANT
Bruce S. Harvey, #335175
bruce@bharveylawfirm.com
146 Nassau Street, NW
Atlanta, Georgia 30303
(404) 659-4628

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Consent Motion to continue Pretrial Conference and Deadline for Pretrial Motions using the Court's CM/ECF system which will deliver a copy to all registered to receive service via CM/ECF, addressed as follows:

>Sean Deitrick, AUSA
>Office of the United States Attorney
>Middle District of Georgia
>Post Office Box 1702
>Macon, Georgia 31202-1702

This 3 day of February 2023.

>/s/ Bruce S. Harvey
>LAW OFFICE OF BRUCE S. HARVEY
>ATTORNEY FOR DEFENDANT
>Bruce S. Harvey, #335175
>bruce@bharveylawfirm.com
>146 Nassau Street, NW
>Atlanta, Georgia 30303
>(404) 659-4628