IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:22-CR-64-CAR-CHW |
| SKEETER EUGUENE WEEKS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER TO CONTINUE TRIAL

On December 15, 2022, the Grand Jury returned a three-count indictment charging Defendant with Possession of a Firearm by a Convicted Felon, Possession with Intent to Distribute Methamphetamine, and Possession of a Firearm in Furtherance of a Drug Crime. On January 9, 2023, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and detained pending trial. This case has once been previously continued.

At the pretrial conference hearing on July 12, 2023, defense counsel moved to continue the trial of this case, which is set to begin on August 7, 2023, because additional time is needed to engage in plea negotiations. The Government did not oppose a continuance.

Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the

interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, **IT IS HEREBY ORDERED** that this case be continued until September 25, 2023, this Court's next regularly scheduled term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 12th day of July, 2023.

                                      s/ C. Ashley Royal_____
                                      C. ASHLEY ROYAL, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT